UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID L. VINCI, | ) | CASE NO. SA CV 12-01289 GW (RZ) |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS AND |
| vs. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| MATTHEW S. CATE, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Second Report and Recommendation of United States Magistrate Judge ("SRR").  Further, the Court has engaged in a de novo review of those portions of the Second Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge, except that it strikes the second "not" from line 5 on page 10 of the SRR.

DATED:  August 21, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE