**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID L. VINCI, | ) | CASE NO. SA CV 12-01289 GW (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MATTHEW S. CATE, | ) | |
| Respondent. | ) | |

This matter came before the Court on the First Amended Petition of DAVID L. VINCI, for a writ of habeas corpus. Having reviewed the First Amended Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: August 20, 2013

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE